IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN GOLDSTEIN,

    Plaintiff,

v.

CITY OF SANTA ROSA and DOES 1-10, inclusive,

    Defendants.

No. C 10-00163 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on April 16, 2010 on Defendant City of Santa Rosa's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than **March 15, 2010** and a reply brief shall be filed by no later than **March 22, 2010**. Failure to oppose the motion may result in **dismissal** of this action.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 24, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| MARTIN GOLDSTEIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SANTA ROSA CITY OF et al,<br><br>　　　　Defendant.　　　　／ | Case Number: CV10-00163 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martin Goldstein
1051 A Yuba Drive
Santa Rosa, CA 95407

Dated: February 24, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2