**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN GOLDSTEIN,

    Plaintiff,

v.

CITY OF SANTA ROSA and DOES 1-10, inclusive,

    Defendants.

No. C 10-00163 JSW

**SECOND ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on June 11, 2010 on Defendant City of Santa Rosa's motion to dismiss the amended complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than **April 9, 2010** and a reply brief shall be filed by no later than **April 16, 2010**. Failure to oppose the motion may result in **dismissal** of this action.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: March 25, 2010

                                                  */s/ Jeffrey S. White*
                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARTIN GOLDSTEIN,

    Plaintiff,

v.

SANTA ROSA CITY OF et al,

    Defendant.
                               /

Case Number: CV10-00163 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martin Goldstein
1051 A Yuba Drive
Santa Rosa, CA 95407

Dated: March 25, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2