**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN GOLDSTEIN,

    Plaintiff,

v.

CITY OF SANTA ROSA and DOES 1-10,

    Defendants.
    /

No. C 10-0163 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

    Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes of a settlement conference, to be completed, if possible, by no later than September 10, 2010.

    **IT IS SO ORDERED.**

Dated: June 14, 2010

                            JEFFREY S. WHITE
                            UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARTIN GOLDSTEIN,

    Plaintiff,

  v.

SANTA ROSA CITY OF et al,

    Defendant.

                                          /

Case Number: CV10-00163 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martin Goldstein
3978 New Zealand Ave.
Santa Rosa, CA 95407

Dated: June 14, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk