.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN GOLDSTEIN,

    Plaintiff,

v.

SANTA ROSA POLICE DEPARTMENT and DOES 1-10,

    Defendants.

No. C 10-0163 JSW

**ORDER RE MOTION FOR PROTECTIVE ORDER AND CONSENT TO MAGISTRATE JUDGE**

The Court has received a filing from Plaintiff objecting to Defendants' request for the production of Plaintiff's vehicle at his deposition for inspection. The Court has also received notice that Plaintiff voluntarily consents to the jurisdiction of a magistrate judge for all purposes. The Court HEREBY ORDERS that Defendants file a response to the motion for a protective order as well as a notice re consent to proceed before a magistrate judge by no later than July 30, 2010.

**IT IS SO ORDERED.**

Dated: July 23, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

MARTIN GOLDSTEIN,

    Plaintiff,

v.

SANTA ROSA CITY OF et al,

    Defendant.
                                /

Case Number: CV10-00163 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martin Goldstein
3978 New Zealand Ave.
Santa Rosa, CA 95407

Dated: July 23, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk