IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN GOLDSTEIN,

    Plaintiff,

v.

CITY OF SANTA ROSA and DOES 1-10, inclusive,

    Defendants.

No. C 10-00163 JSW

**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff set this matter for a hearing on November 12, 2010 on a motion for leave to amend. However, due to the Court's calendar, that day is not available for hearing the motion. Accordingly, the Court CONTINUES the hearing on the motion for leave to amend to **December 17, 2010 at 9:00 a.m.** The Court also CONTINUES the further case management conference from November 5, 2010 to **December 17, 2010**, following the hearing on the motion. The case management statements shall be filed no later than December 10, 2010.

The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than **October 20, 2010** and a reply brief shall be filed by no later than **October 29, 2010**.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 5, 2010

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARTIN GOLDSTEIN,

    Plaintiff,

v.

SANTA ROSA CITY OF et al,

    Defendant.
                                   /

Case Number: CV10-00163 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martin Goldstein
3978 New Zealand Avenue
Santa Rosa, CA 95407

Dated: October 5, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk