1 Martin Goldstein
3978 New Zealand Ave.
2 Santa Rosa, Ca 95407
707-236-7868
3
4 In pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GOLDSTEIN ) | Case No.: CV10-0163 JSW |
| ) | |
| Plaintiffs, ) | AMENDED ~~PROPOSED~~ ORDER **GRANTING UNOPPOSED MOTION TO AMEND AND CONTINUNG CASE MANAGEMENT TO AFTERNOON CALENDAR** |
| vs. ) | |
| CITY OF SANTA ROSA, ) | Judge Jeffrey White |
| ) | |
| And DOES 1-10 inclusive. ) | Date: November 12, 2010 |
| ) | |
| ) | Time: 9:00am |
| Defendants. ) | |
| ) | Ctrm: 11 |

///
///
///

Plaintiff's Motion to Amend the Complaint  - 1

**IT IS HEREBY ORDERED,** that Plaintiff **MARTIN GOLDSTEIN** is granted leave to amend his complaint and file a Second Amended Complaint adding DOE and substitute the name of one DOE defendant for Richard Boehm, an individual officer of the Santa Rosa Police Department.

The clerk shall file the proposed amended complaint attached to Plaintiff's motion.

The hearing date of December 17, 2010 at 9:00 a.m. is HEREBY VACATED.

The case management conference is CONTINUED until December 17, 2010 at ~~**2:00 p.m.**~~ 1:30 p.m. Case management statements shall be filed no later than December 10, 2010.

Dated: October  19 , 2010

_____
Jeffrey S White
Judge

---

Plaintiff's Motion to Amend the Complaint   - 2