1  Martin Goldstein
   3978 New Zealand Ave.
2  Santa Rosa, Ca 95407
   707-236-7868
3
   In pro se
4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13
   MARTIN GOLDSTEIN                ) Case No.: CV10-0163 JSW
14                                 )
              Plaintiffs,          )    AMENDED         **GRANTING UNOPPOSED**
15                                 )  ~~PROPOSED~~ ORDER **MOTION TO AMEND AND**
         vs.                       )                   **CONTINUNG CASE**
16   CITY OF SANTA ROSA,           )                   **MANAGEMENT TO**
                                   ) Judge Jeffrey White **AFTERNOON CALENDAR**
17   And DOES 1-10 inclusive.      )
                                   ) Date: November 12, 2010
18                                 )
                                   ) Time: 9:00am
19            Defendants.          )
                                   ) Ctrm: 11
20                                 )
                                   )
21                                 )

22

23  ///

24  ///

25  ///

---

Plaintiff's Motion to Amend the Complaint   - 1

**IT IS HEREBY ORDERED,** that Plaintiff **MARTIN GOLDSTEIN** is granted leave to amend his complaint and file a Second Amended Complaint adding DOE and substitute the name of one DOE defendant for Richard Boehm, an individual officer of the Santa Rosa Police Department.

The clerk shall file the proposed amended complaint attached to Plaintiff's motion.

The hearing date of December 17, 2010 at 9:00 a.m. is HEREBY VACATED.

The case management conference is CONTINUED until December 17, 2010 at ~~2:00 p.m.~~ 1:30 p.m. Case management statements shall be filed no later than December 10, 2010.

Dated: October 19, 2010

*Jeffrey S White*
_____
Judge

---

Plaintiff's Motion to Amend the Complaint  - 2