CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendant
CITY OF SANTA ROSA

Montana J. Podva
Law Offices of Montana Podva & Associates
P.O. Box 15151
Santa Rosa, CA 95402
Telephone: (707) 694-1516

Attorneys for Plaintiff
MARTIN GOLDSTEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GOLDSTEIN, | Case No. CV 10-0163 JSW |
| Plaintiff, | |
| v. | **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT:** [PROPOSED] **SCHEDULE PER** |
| CITY OF SANTA ROSA, and DOES 1-10, inclusive, | **COURT MINUTE ORDER AS MODIFIED** |
| Defendants. | |

**1. STIPULATED SCHEDULE**

Counsel for defendant John Fritsch is the counsel of record with nine trial dates between August 19, 2011 and April 23, 2012 (the latter is *DeSantis v. City of Santa Rosa, et al.*, Case No. C 07-3386 JSW (consolidated with C 07-4474) set in this court). The parties respectfully request that the court order the following schedule:

| | |
|---|---|
| September 1, 2011 | Close of discovery |
| February 3, 2012 at 9:00 a.m. ~~January 16, 2012~~ | Last day to hear dispositive motions |
| February 3, 2012 at 9:00 a.m. ~~January 20, 2012~~ | Case Management Conference |

Stipulated Schedule, Case No. C 10-0163 JSW    Page 1

| | | |
|---|---|---|
| 1 | May 7, 2012 at 2:00 p.m. | Final pre-trial conference |
| 2 | ~~May 21, 2012~~ | Trial date (1-2 day estimate) |
| 3 | May 29, 2012 at 8:00 a.m. | |

OFFICE OF THE CITY ATTORNEY

Dated: May 24, 2011

_____
John J. Fritsch
Assistant City Attorney
Attorney for Defendant
City of Santa Rosa

LAW OFFICES OF MONTANA PODVA

/s/ *signature authorized*

Dated: May 24, 2011
_____
Montana Podva
Attorney for Plaintiff
Martin Goldstein

IT IS SO ORDERED AS MODIFIED
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: May 25, 2011