CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendant
CITY OF SANTA ROSA erroneously sued herein as SANTA ROSA POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GOLDSTEIN, | Case No. CV 10-0163 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| CITY OF SANTA ROSA, and DOES 1-10, inclusive, | Trial Date: May 29, 2012 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel as follows:

1. Pursuant to the order of this court, the discovery cut-off is September 1, 2011.
2. Plaintiff noticed the deposition of Officer Richard Boehm for August 29, 2011;
3. Monday, August 29, 2011 is Officer Boehm's day off work, and he is the parent responsible for child care on that day;
4. Counsel and deponent mutually agree to waive the discovery cut-off for the purpose of a September 7, 2011 deposition date with all other terms of the Notice unchanged.

//

So stipulated:

                                        OFFICE OF THE CITY ATTORNEY

Dated: August 19, 2011           /s/
                                        _____
                                        John J. Fritsch
                                        Assistant City Attorney
                                        Attorney for Defendant
                                        City of Santa Rosa


Dated: August 22, 2011          /s/
                                        _____
                                        Montana Podva
                                        Attorney for Plaintiff
                                        Martin Goldstein


GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: August 29, 2011          _____
                                        Hon. Jeffrey S. White
                                        U.S. District Court Judge