1 | CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
2 | City of Santa Rosa
100 Santa Rosa Avenue, Room 8
3 | Santa Rosa, California 95404
Telephone: (707) 543-3040
4 | Facsimile: (707) 543-3055

5 | Attorneys for Defendants
CITY OF SANTA ROSA and Officer RICHARD BOEHM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GOLDSTEIN, | Case No. CV 10-0163 JSW |
| Plaintiff, | [~~PROPOSED~~] ORDER RE ADMINISTRATIVE MOTION TO CONTINUE PRETRIAL FILING DEADLINE |
| v. | |
| CITY OF SANTA ROSA, RICHARD BOEHM, and DOES 1-10, inclusive, | |
| Defendants. | |

The administrative motion of defendants CITY OF SANTA ROSA and OFFICER RICHARD BOEHM requesting an order to continue the Pretrial Filing Deadline came on regularly for consideration by this court. The motion was supported by the Declaration of John J. Fritsch.

Good cause appearing, it is ordered:

A. the May 7, 2012 Pretrial conference and the Required filing date of April 23, 2012 are continued until ~~such time as the court sets the continued Pretrial Conference date.~~ December 10, 2012 at 2:00 p.m. for pretrial conference January 7, 2013 at 8:00 a.m. for trial

Dated: April 18, 2012

_/s/ Jeffrey S. White_
Hon. Jeffrey S. White
Judge, U.S. District Court
Northern District of California

---

[~~Proposed~~] Order re Pretrial Filing Deadline, Case No. C 10-0163 JSW          Page 1