```
1  CAROLINE L. FOWLER, City Attorney (SBN 110313)
   JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone:  (707) 543-3040
   Facsimile:  (707) 543-3055
5
   Attorneys for Defendant
6  CITY OF SANTA ROSA and RICHARD BOEHM

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 MARTIN GOLDSTEIN,                    Case No. CV 10-0163 JSW

12         Plaintiff,
                                        STIPULATION AND ORDER RE
13     v.                               DISMISSAL

14 CITY OF SANTA ROSA, and DOES 1-
   10, inclusive,
15
           Defendants.
16 _____/

17

18      IT IS HEREBY STIPULATED AND AGREED by and between the parties to the

19 above-entitled action, by their respective counsel, as follows:

20      1.   All claims against Defendants CITY OF SANTA ROSA and RICHARD

21           BOEHM shall be dismissed with prejudice.

22      2.   In consideration of said dismissal, Defendants CITY OF SANTA ROSA

23           and RICHARD BOEHM waive any claim for costs and release Plaintiff

24           MARTIN GOLDSTEIN and his attorney from any and all claims arising

25 //
26 //
27
28
```

Stipulation and Order re Dismissal, Case No. C 10-0163 JSW                           Page 1

out of the filing of the above-referenced action against them.

OFFICE OF THE CITY ATTORNEY

Dated: 11/20, 2012

John J. Fritsch
Assistant City Attorney
Attorney for Defendant
City of Santa Rosa and Richard Boehm

LAW OFFICES OF DAVID KELVIN

Dated: 11/25, 2012

David Kelvin
Attorney for Plaintiff
Martin Goldstein

ORDER

Pursuant to the stipulation of the parties and for good cause shown, IT IS SO ORDERED, that all claims are hereby dismissed against Defendants CITY OF SANTA ROSA and RICHARD BOEHM with prejudice.

Dated: December 3, 2012

HON. JEFFREY S. WHITE
Judge, U.S. District Court