CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404

Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendant
CITY OF SANTA ROSA and RICHARD BOEHM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GOLDSTEIN,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV 10-0163 JSW<br><br>**STIPULATION AND ORDER RE DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, by their respective counsel, as follows:

1. All claims against Defendants CITY OF SANTA ROSA and RICHARD BOEHM shall be dismissed with prejudice.

2. In consideration of said dismissal, Defendants CITY OF SANTA ROSA and RICHARD BOEHM waive any claim for costs and release Plaintiff MARTIN GOLDSTEIN and his attorney from any and all claims arising

//
//

|  |  |
|---|---|
| 1 | out of the filing of the above-referenced action against them. |

OFFICE OF THE CITY ATTORNEY

Dated: 11/21, 2012

_____
John J. Fritsch
Assistant City Attorney
Attorney for Defendant
City of Santa Rosa and Richard Boehm

LAW OFFICES OF DAVID KELVIN

Dated: 11/25, 2012

_____
David Kelvin
Attorney for Plaintiff
Martin Goldstein

ORDER

Pursuant to the stipulation of the parties and for good cause shown, IT IS SO ORDERED, that all claims are hereby dismissed against Defendants CITY OF SANTA ROSA and RICHARD BOEHM with prejudice.

Dated: December 3, 2012

_____
HON. JEFFREY S. WHITE
Judge, U.S. District Court

Stipulation and Order re Dismissal, Case No. C 10-0163 JSW